IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JUDY ANN BUTTREY, as sole proprietor of JRS Wrecker and Recovery,<br><br>    Plaintiff,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; SARAH R. LUND, individually and in her official capacity with the Tennessee Highway Patrol; JASON THOMPSON, individually and his official capacity with the Tennessee Highway Patrol; CITY OF DICKSON POLICE DEPARTMENT; RICK CHANDLER, individually and in his official capacity as former Chief of Police of the City of Dickson Police Department; TODD CHRISTIAN, individually and in his official capacity with the City of Dickson Police Department,<br><br>    Defendants. | Case No. 3:17-cv-01442<br>JUDGE WILLIAM L. CAMPBELL, JR.<br><br>JURY DEMAND |

## AFFIDAVIT OF ANGIE BROWN

After having been duly sworn, I, Angie Brown, state the following facts to be true as I verily believe:

1. I am the City Tax Collector of the City of Dickson, Tennessee.

2. One of my duties as the City Tax Collector for the City of Dickson is to receive and process Applications for Business Tax Licenses filed with the City of Dickson. I am the custodian of the records pertaining to Applications for Business Tax Licenses filed with the City of Dickson.

3. Attached hereto as Exhibits A through E, respectively, are true and accurate copies of the five Applications for Business Tax Licenses (with email addresses, tax identification numbers and

{FB543094 / TML 5977 }

telephone numbers redacted) pertaining to JRS Towing and Recovery which are maintained in my office:

    A.    Application dated August 25, 2010 with Judy Buttrey listed as owner.

    B.    Application dated August 24, 2011 with Rex Buttrey listed as owner.

    C.    Application dated November 18, 2016 with Justin Logan listed as owner.

    D.    Application dated December 27, 2016 with Judy A. Buttrey and Justin A. Logan listed as partners in ownership.

    E.    Application dated January 3, 2017 with Judy A. Buttrey listed as owner.

4.    Another duty of the City Tax Collector is to issue business tax licenses to businesses operating within the City of Dickson. Attached hereto as Exhibits F and G are true, accurate and complete copies of the last business tax licenses issued by my office for JRS Wrecker & Recovery for local tax account numbers 2474 and 2659, respectively.

FURTHER THE AFFIANT SAITH NOT.

*Angie Brown*
ANGIE BROWN, CITY TAX COLLECTOR
CITY OF DICKSON

STATE OF TENNESSEE    )
                                  )
COUNTY OF Dickson    )

Sworn to and subscribed in my presence this the 15th day of February, 2018.

*Kimberly Givens*
Notary Public

My commission expires:

11/22/2021

{FB543094 / TML 5977 }2